ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com
Email: lowensteinlaw@prodigy.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE McCLURE, <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br> Defendant | NO. CV 10-6824 RNB <br><br> [PROPOSED] ORDER AWARDING ATTORNEYS FEES UNDER EAJA <br><br> _____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $3700.00 subject to the terms of the stipulation.

Dated: June 24, 2011

_____
Robert N. Block
U.S. Magistrate Judge

---
McClure v. Astrue     1     Order Awarding EAJA Fees